# EXHIBIT 1

# United States Patent Office

679,186
Registered May 26, 1959

## PRINCIPAL REGISTER
## Trademark

Ser. No. 56,220, filed July 28, 1958

## FRISBEE

Wham-O Mfg. Co. (California corporation)
835 E. El Monte St.
San Gabriel, Calif.

For: TOY FLYING SAUCERS FOR TOSS GAMES, in CLASS 22.
First use June 17, 1957; in commerce July 8, 1957.

# United States Patent Office

**970,089**
Registered Oct. 9, 1973

## PRINCIPAL REGISTER
### Trademark

Ser. No. 430,545, filed July 21, 1972

## FASTBACK FRISBEE

Wham-O Manufacturing Company (California corporation)
835 E. El Monte St.
San Gabriel, Calif. 91778

For: FLYING SAUCER USED IN SPORTS GAMES, in CLASS 22 (INT. CL. 28).
First use at least as early as Mar. 9, 1971; in commerce at least as early as Mar. 9, 1971.
Owner of Reg. No. 679,186.

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

Reg. No. 3,410,998

**United States Patent and Trademark Office**  Registered Apr. 8, 2008

**TRADEMARK**
PRINCIPAL REGISTER

# ULTIMATE

WHAM-O, INC. (DELAWARE CORPORATION)
5903 CHRISTIE AVENUE
EMERYVILLE, CA 94608

FOR: FLYING DISCS; TOY FLYING DISCS AND SAUCERS USED IN SPORT AND RECREATIONAL ACTIVITIES AND GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-970,034, FILED 9-8-2006.

SALLY SHIH, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# FRISBEE

**Reg. No. 4,046,202**  
**Registered Oct. 25, 2011**  
**Int. Cls.: 6, 9, 14, 18, 20, 21, 24, 25, and 28**

**TRADEMARK**

**PRINCIPAL REGISTER**



*David J. Kappos*  
Director of the United States Patent and Trademark Office

WHAM-O, INC. (DELAWARE CORPORATION)  
5903 CHRISTIE AVENUE  
EMERYVILLE, CA 94608

FOR: METAL KEY CHAINS; METAL KEY RINGS; FIGURES OF COMMON METAL; FIGURINES OF COMMON METAL; METAL BICYCLE LOCKS; METAL KEY HOLDERS; BRONZE RECOGNITION PLAQUES, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: COMPUTER GAMES AND COMPUTER GAME PROGRAMS, NAMELY, VIDEO GAMES AND INTERACTIVE VIDEO GAMES FOR USE WITH GAMING CONSOLES, CELL PHONES, PERSONAL COMPUTERS, AND HAND-HELD VIDEO GAME DEVICES, DOWNLOADABLE SOFTWARE, NAMELY, VIDEO GAMES AND INTERACTIVE VIDEO GAMES; SUNGLASSES; DECORATIVE MAGNETS; EYEGLASS CASES; TELEPHONES; FASHION EYEGLASSES; SWIMMING GOGGLES; SNOW GOGGLES; DIVING GOGGLES; GOGGLES FOR SPORTS; INFLATABLE FLOATATION DEVICES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: PRECIOUS METALS AND THEIR ALLOYS; HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; JEWELRY, COSTUME JEWELRY; EARRINGS; RINGS; MEDALLIONS; NON-MONETARY COINS OF PRECIOUS METAL; CLOCKS, WATCHES; STOP WATCHES; ANKLE BRACELETS; BODY PIERCING RINGS AND STUDS; AND IDENTIFICATION BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: ANIMAL SKINS, HIDES; TRUNKS AND TRAVELING BAGS; UMBRELLAS; SADDLERY; LUGGAGE, SPORTS BAGS, DUFFEL BAGS, GARMENT BAGS, BACKPACKS, BRIEF CASES, FANNY PACKS, HANDBAGS, LUGGAGE TAGS; KNAPSACKS; TOTE BAGS; PURSES; WALLETS; CREDIT CARD CASES; GYM BAGS; ALL-PURPOSE SPORTS GEAR CARRYING BAGS; DOG LEASHES; SHOE BAGS FOR TRAVEL; SCHOOL BAGS; PET COLLARS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

**Reg. No. 4,046,202** FOR: NON-METAL KEY RINGS AND CHAINS; HAND-HELD MIRRORS; PLAQUES OF BONE, IVORY, PLASTIC, WAX, AND WOOD; SOFT SCULPTURE WALL DECORATIONS; DECORATIVE MOBILES; PLASTIC AND METAL STANDS FOR DISPLAYING OR HOLDING VARIOUS TYPES OF TOYS AND SPORTING EQUIPMENT; PLASTIC FIGURINES; PLASTIC WATER-FILLED SNOW GLOBES; TOY BOXES; PLASTIC AND WOOD FIGURINES; PLASTIC IDENTIFICATION TAGS; FURNITURE, CHAIRS AND STOOLS, TABLES, FOLDING SPORTS SEATS AND STOOLS, FOOTSTOOLS, INFLATABLE PILLOWS, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: COMBS, BATH SPONGES, KITCHEN SPONGES; BEVERAGE GLASSWARE; DRINKING CUPS AND GLASSES; JUGS; DECORATIVE AND COMMEMORATIVE PLATES; DINNERWARE; FIGURINES MADE OF CHINA, CRYSTAL, EARTHENWARE, GLASS, PORCELAIN AND TERRA COTTA; MUGS MADE OF EARTHENWARE, GLASS AND PORCELAIN; LUNCH BOXES; TANKARDS NOT OF PRECIOUS METAL; MEAL TRAYS, WASTEPAPER BASKETS; CANDLESTICKS OF GLASS, IN CLASS 21 (U.S. CLS. 2, 13, 23, 29, 30, 33, 40 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: TABLE LINEN, TABLE CLOTHS NOT OF PAPER, TOWELS; BEACH TOWELS; BED LINENS; TABLE LINENS; CLOTH BANNERS; CLOTH PENNANTS; WOOLEN BLANKETS, SILK BLANKETS, BED BLANKETS; COVERLETS; CLOTH NAPKINS; LAP ROBES, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: MEN'S, WOMEN'S AND CHILDREN'S CLOTHING, NAMELY, BATHING SUITS, BELTS, NECKTIES, SUSPENDERS, BANDANAS, INFANT AND TODDLER SLEEPWEAR, BATHROBES, NIGHT SHIRTS, PAJAMAS AND LOUNGEWEAR, BEACH COVER-UP DRESSES, CLOTH DIAPER SETS, KNIT DRESSES WITH PANTS SETS, SHORTS AND TOP SETS, SKIRT/PANTY COMBINATIONS, SOCKS, PLAY SUITS, COVERALLS, UNION SUITS, COLLARLESS SHIRTS, SHORTS, PANTS AND SLACKS, SHIRTS; JACKETS, NAMELY, WIND-RESISTANT JACKETS AND NYLON SHELLS; SPORTS UNIFORMS; SWEATERS; PARKAS; TURTLENECKS; MITTENS; GLOVES; UNDERWEAR; ROMPERS; JERSEYS; HEADWEAR AND SCARVES; EAR MUFFS, EAR BANDS AND HEADBANDS; HOSIERY; RAIN PONCHOS AND JACKETS; BATH THONGS; VISORS; APRONS; SKI AND CLOTH BIBS; T-SHIRTS; SWEATSHIRTS; SWEATPANTS; COATS; PULLOVERS; SKI SUITS; GOLF SHIRTS AND HATS; BLAZERS; LEGWARMERS; EVENING TOPS; JEANS; LEOTARDS; WORKOUT AND SPORTS APPAREL, NAMELY, TANK TOPS, SPORTS BRAS; SKI MASKS; FOOTWEAR, NAMELY, SHOES, BOOTS, SLIPPERS, AND BEACH SANDALS; HEADGEAR, NAMELY, HATS, CAPS, BASEBALL CAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

FOR: BOARD GAMES, TARGET GAMES; DECORATIONS FOR CHRISTMAS TREES; TOY FLYING DISKS; SLEDS; TOBOGGANS; BODY BOARDS; BAGS ESPECIALLY DESIGNED FOR SURFBOARDS; LEASHES USED IN CONJUNCTION WITH SURFING; SKIM BOARDS; SURF BOARDS; SWIM FINS; DOLLS AND STUFFED TOY ANIMALS; TOY SCALE MODEL VEHICLES; JIGSAW PUZZLES; CHRISTMAS TREE ORNAMENTS; COMMEMORATIVE SPORTS BALLS; ACTION PUPPETS; INFLATABLE TOYS; TEDDY BEARS; DARTBOARD CABINETS AND DARTS; CHRISTMAS STOCKINGS; BASKETBALL BACKBOARDS; YO-YOS; ACTION FIGURES AND ACCESSORIES THEREFORE; MARBLES; SPORTS BALLS; VOLLEYBALL NETS, TENNIS NETS, NETS FOR BALL GAMES; PLASTIC TOY HOOPS; TOY FOOT BEAN BAGS; GYMNASTIC EQUIPMENT, NAMELY, EQUIPMENT FOR PRACTICING BODY SURFING OUT OF THE WATER; BALLOONS; GOLF GLOVES; RADIO-OPERATED TOY VEHICLES; TOYS FOR PETS; PINBALL MACHINES; DISCUSES; EXER-

**Reg. No. 4,046,202**  CISE EQUIPMENT, NAMELY, EQUIPMENT FOR PRACTICING BODY SURFING OUT OF THE WATER; HAND-HELD UNITS FOR PLAYING VIDEO GAMES; INFLATABLE FLOAT MATTRESSES OR PADS FOR RECREATIONAL USE; INFLATABLE INNER TUBES FOR AQUATIC RECREATIONAL USE; WATER TOYS; SAND TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-2010; IN COMMERCE 12-31-2010.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 679,186, 1,151,090, AND OTHERS.

SN 78-931,341, FILED 7-17-2006.

RICHARD WHITE, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,226,066
Registered Feb. 1, 1983

## TRADEMARK
Principal Register

## WHAM-O

Wham-O Mfg. Co. (California corporation)
835 E. El Monte St.
San Gabriel, Calif. 91778

For: GAMES AND PLAYTHINGS, GYMNASTIC AND SPORTING ARTICLES—NAMELY, WATER PLAY TOYS, FLYING DISCS AND RINGS, BUBBLE MAKING TOYS AND EQUIPMENT—NAMELY, BUBBLE FLUID AND WANDS, GRANULAR MATERIALS WITH HYDROPHOBIC PROPERTIES USED IN THE NATURE OF A TOY, BALLS, BALL THROWING AND CATCHING APPARATUS, EXERCISE APPARATUS—NAMELY, PLIABLE DUMB-BELL EXERCISER, MATERIAL AND APPARATUS FOR BLOWING PLASTIC BALLOONS—NAMELY, PLASTIC BUBBLE COMPOUND AND TUBES, in CLASS 28 (U.S. Cl. 22).

First use Jun. 1957; in commerce Jul. 1957.
Owner of U.S. Reg. Nos. 730,346 and 1,042,388.

Ser. No. 348,293, filed Feb. 2, 1982.

HENRY S. ZAK, Examining Attorney